JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-4300-JST (VBKx)            Date:  November 19, 2010
Title:  Ali Sehat v. U.S. Postal Service Agent: Frank R. Adams (Postmaster)

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE**

     Because Plaintiff Ali Sehat did not file an amended complaint within 20 days of the Court's Order dismissing his Complaint (Doc. 15), on its own motion, the Court dismisses the case with prejudice.

Initials of Preparer:  enm